Janine S. Simerly (SBN 102361)
 jss@millerlawgroup.com
Jennifer Cotner (SBN 255785)
 jrc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
DONALD BIES

ANGELA ALIOTO (SBN 130328)
LAW OFFICES OF MAYOR JOSEPH L. ALIOTO
   & ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA  94111
Tel:  (415) 434-8700
Fax:  (415) 438-4638

OF COUNSEL:
Jody A. Meisel (SBN 109610)
  meiseljody@aol.com
LAW OFFICES OF JODY A. MEISEL
2632 Larkin Street, Suite O
San Francisco, CA 94109
Tel:  (415) 563-2688
Fax:  (415) 885-2790

Attorneys for Plaintiff
TABITHA TOTAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TABITHA TOTAH,<br><br>                    Plaintiff(s),<br><br>v.<br><br>DONALD BIES and Does 1 – 100 Inclusive,<br><br>                    Defendant(s). | Case No.: CV 10-5956 CW<br><br>**STIPULATION TO DISMISS THE SECOND CAUSE OF ACTION FOR FRAUD AND THE THIRD CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS WITH PREJUDICE; ORDER REGARDING SAME**<br><br>Complaint filed:  October 18, 2010 |

Plaintiff TABITHA TOTAH (Plaintiff) and Defendant DONALD BIES

1

1  (Defendant), by and through their counsel of record in this action, hereby stipulate as
2  follows:

4  WHEREAS, on October 18, 2010, Plaintiff filed a Complaint in the Superior
5  Court of California in and for the County of San Francisco entitled <u>Tabitha Totah v. Donald
6  Bies and Does 1-100 Inclusive</u> (Case No. CGC-10-504699);

8  WHEREAS, on or about December 29, 2010, Defendant Donald Bies removed
9  this case to the United States District Court for the Northern District of California.

11  WHEREAS, the Plaintiff and Defendant, through their respective undersigned
12  counsel of record, hereby agree to dismiss with prejudice the Second Cause of Action for
13  Fraud and the Third Cause of Action for Intentional Infliction of Emotional Distress, as pled
14  in Plaintiff's Complaint;

16  **NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED** by and
17  between the parties, through their respective undersigned attorneys of record, that the
18  Plaintiff's Second Cause of Action for Fraud and the Plaintiff's Third Cause of Action for
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

Intentional Infliction of Emotional Distress, as pled in Plaintiff's Complaint, are hereby DISMISSED WITH PREJUDICE;

**IT IS SO STIPULATED**.

Dated: January 14, 2011

LAW OFFICES OF JOSEPH L. ALIOTO & ANGELA ALIOTO and THE LAW OFFICES OF JODY MEISEL
A Professional Corporation


By: _____/s/_____
    Jody Meisel
    Attorneys for Plaintiff
    TABITHA TOTAH

Dated: January 14, 2011

MILLER LAW GROUP
A Professional Corporation


By: _____/s/_____
    Janine S. Simerly
    Attorneys for Defendant
    DONALD BIES

## ORDER

Having reviewed the Stipulation executed by and between the parties hereto, through their respective attorneys of record, it is hereby ordered that the Plaintiff's Second Cause of Action for Fraud and the Plaintiff's Third Cause of Action for Intentional Infliction of Emotional Distress, as pled in Plaintiff's Complaint, are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: January 14, 2011

By: _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

4821-7688-7304, v. 1

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

4

**STIPULATION TO DISMISS THE SECOND CAUSE OF ACTION FOR FRAUD AND THE THIRD CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS WITH PREJUDICE; [PROPOSE] ORDER REGARDING SAME – USDC – Case No.: CV10-5956 CW**