**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITH TOTAH,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCASFILM ENTERTAINMENT COMPANY LTD.;<br>DOES 1-20,<br><br>    Defendants.<br>_____/ | No. 09-cv-04051 MMC |
| TABITHA TOTAH,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD BIES and DOES 1-100,<br>inclusive,<br><br>    Defendants.<br>_____/ | No. 10-cv-05956 CW<br><br>JUDICIAL REFERRAL<br>FOR PURPOSE OF<br>DETERMINING<br>RELATIONSHIP OF<br>CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned cases to District Judge Maxine M. Chesney to consider whether these cases are related on the ground that the later-filed civil case arises from events that occurred in the earlier-filed criminal case. Parties shall file any response in

1  opposition to or in support of relating the cases within five (5)
2  days of receipt of this Order.

5  Dated     1/14/2011

   CLAUDIA WILKEN
   United States District Judge

2